United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAY RUDMAN, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-00040 |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST IMPROPERLY NAMED AS U.S. BANK TRUST, N.A., | § § § § § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment. Doc. #9. The Court finds that Defendant's Motion fails to comply with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all legal authority must be cited within the body of the document and not footnoted. Accordingly, it is hereby ORDERED that Defendant's Motion (Doc. #9) be STRICKEN from the record.

Defendant may refile its amended Motion for Summary Judgment in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

_6/7/23_
Date

_[signature]_
The Honorable Alfred H. Bennett
United States District Judge