United States District Court
Southern District of Texas
**ENTERED**
December 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY RUDMAN, § § Plaintiff, § § VS. § § U.S. BANK TRUST NATIONAL § ASSOCIATION, NOT IN ITS § INDIVIDUAL CAPACITY BUT SOLELY § AS OWNER TRUSTEE FOR VRMTG § ASSET TRUST IMPROPERLY NAMED § AS U.S. BANK TRUST, N.A., § § Defendant. § | CIVIL ACTION NO. 4:23-CV-00040 |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on November 8, 2023. Doc. #13. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, Defendant U.S. Bank Trust, N.A.'s Amended Motion for Summary Judgment (Doc. #11) is GRANTED.

It is so ORDERED.

DEC 0 5 2023
Date

The Honorable Alfred H. Bennett
United States District Judge