United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY RUDMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00040 |
| § | |
| U.S. BANK TRUST NATIONAL § | |
| ASSOCIATION, NOT IN ITS § | |
| INDIVIDUAL CAPACITY BUT SOLELY § | |
| AS OWNER TRUSTEE FOR VRMTG § | |
| ASSET TRUST IMPROPERLY NAMED § | |
| AS U.S. BANK TRUST, N.A., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

On December 5, 2023, the Court entered an Order (Doc. #14) adopting Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation (Doc. #13) in its entirety. Pursuant to the Court's Order, all of Plaintiff's claims against Defendant fail as a matter of law. Doc. #14. Accordingly, the Court determines that Final Judgment should be entered in this matter and renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff Jay Rudman take nothing on his claims.

This is a Final Judgment disposing of all claims of all parties.

__FEB 2 6 2024__
Date

The Honorable Alfred H. Bennett
United States District Judge